In the Matter of TERIJON WEITLING, Appellant.
JULIAN A. GREGORY et al., Copartners under the Firm Name of GREGORY, STEWART & MONTGOMERY, Respondents.

(Argued May 19, 1936; decided June 2, 1936.)

*Milo O. Bennett* and *F. Campbell Jeffery* for appellant.
*W. Randolph Montgomery, Ben A. Matthews* and *Charles G. Stevenson* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.